188 F.2d 807
 Stephen FEEKO, Appellant,
v.
LEHIGH VALLEY RAILROAD COMPANY.
 No. 10420.
 United States Court of Appeals Third Circuit.
 Argued May 7, 1951.
Decided May 10, 1951.
 
 Harry R. Kozart, Philadelphia, Pa., for appellant.
 No oral argument for appellee (Robert W. Sayre, Harry E. Sprogell, Philadelphia, Pa., Saul Ewing, Remick & Saul, Philadelphia, Pa., on the brief), for appellee.
 Before BIGGS, Chief Judge, and MARIS and STALEY, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed in open court.